SECOND DEPARTMENT, DECEMBER, 1943.

(December 6, 1943.)

MARY BRALEY et al., Respondents, v. GRACE C. FLEMING, Individually and as Administratrix of the Estate of PHILIP J. FLEMING, Deceased, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. [See 266 App. Div. 1011.] Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent, v. EMIL J. SONDERLICK, Appellant, et al., Defendants.— Motion to dismiss appeals of defendant Sonderlick from two orders granted to the extent of dismissing the appeal from the order granting plaintiff's motion for summary judgment striking out his amended answer, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

In the Matter of SIDNEY SZERLIP, an Attorney.— Motion to confirm report of Official Referee granted and the application for reinstatement to practice as an attorney and counselor at law is denied. [See 266 App. Div. 754, 789.] Present — Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ.

EUGENE JELLE, Respondent, v. ETFRIED REALTY CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 981.] Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

DOLCIZIA PAGANO, Appellant, v. LEO ARNSTEIN, as Commissioner of Welfare of the City of New York Public Welfare District, Respondent.— Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1008.] Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

DOMINICO PAGANO, Appellant, v. LOUIS PAGANO et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 970.] Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIA CRONIN, Relator, against CHARLES H. WARNER, as Superintendent of Brooklyn Society for the Prevention of Cruelty to Children, Respondent. In the Matter of MARY KEHOE, Respondent, against CHARLES H. WARNER, as Superintendent of Brooklyn Society for the Prevention of Cruelty to Children, et al., Appellants.— This is a motion for an order directing the manner of service of a notice to appoint a new attorney, pursuant to section 240 of the Civil Practice Act. That section, however, is applicable only prior to the entry of judgment. Here a final order has been entered, respondent Mary Kehoe's attorney apparently has been discharged, and said respondent appears to be evading service of papers. The section properly applicable, therefore, is section 563 of the Civil Practice Act, and the motion will be treated as made under that section. Accordingly the matter is referred to Mr. Justice Taylor. The motion is granted by Mr. Justice Taylor, who directs that the notice of appeal and notice of all subsequent proceedings be served upon the respondent Mary Kehoe, by registered mail, directed to her at her last known address, namely, No. 305 Atlantic Avenue, Brooklyn, New York City.

GEORGE J. RUDNICK, Respondent, v. SYLVIA WEINBERG, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.